NOT FOR PUBLICATION                                          (Document No. 4)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

|  |  |
|---|---|
| CAVINI G. ANDRO, Individually and as Administrator of the Estate of RENEE ANDRO, deceased, | |
| Plaintiffs, | Civil No. 13-5249 (RBK/KMW) |
| v. | **ORDER** |
| UNION CARBIDE CORPORATION, | |
| Defendant. | |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court on the motion of Defendant Union Carbide Corporation ("UCC") for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c), and the Court having treated UCC's motion as a motion to dismiss for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6), and the Court having considered UCC's moving papers, and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that UCC's motion to dismiss is **GRANTED** and Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**.


Dated:  4/8/2014                                        s/ Robert B. Kugler
                                                        ROBERT B. KUGLER
                                                        United States District Judge